

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2016

No. 04-16-00512-CV

**IPSECURE INC.**,
Appellant

v.

James **CARRALES**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court